ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JESSICA O. CHEH
Assistant United States Attorney
California State Bar Number: 254012
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0886
    Facsimile: (213) 894-7819
    E-mail: jessica.cheh@usdoj.gov

Attorneys for the United States of America

**MADE JS-6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Dr. Nira Woods, | CV 11-9093 GW (AGRx) |
|     Plaintiff, | |
| v. | **ORDER DISMISSING THE UNITED STATES OF AMERICA AS DEFENDANT** |
| The Regents of the University of California et al., | |
|     Defendants. | Hon. George H. Wu |

Defendant the United States of America's Motion to Dismiss having come on for hearing, and the Court having considered the pleadings and the memorandum of points and authorities,

IT IS HEREBY ORDERED that the Motion is granted and that the United States is dismissed from Plaintiff's First Amended Complaint.

Dated: April 26, 2012

_____
GEORGE H. WU
United States District Judge

Presented by:

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/s/ Jessica O. Cheh
JESSICA O. CHEH
Assistant United States Attorney

Attorneys for the United States of America

1